LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

November 14, 2023

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, New York 10007

**Application Granted.** The deadline for Defendant to satisfy his remaining conditions of release is extended to **November 28, 2023**. The Clerk of the Court is directed to terminate the letter motion at docket number 14.

Dated: November 16, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   United States v. Manishkumar Patel
      23 Cr. 543 (LGS)

Dear Judge Schofield:

    As Your Honor is aware, I represent Manishkumar Patel, the defendant in the above matter. I write with the consent of the Government to respectfully request a two-week extension to the condition of the appearance bond entered in this matter that a judgment securing the bond be filed by the close of business today November 14, 2023.[1] After entering my appearance for Mr. Patel last week, I provided the Government with a draft judgment form for their review. Because it will take us some additional time to finalize the document to be filed with the county clerk's office, I would that the Court extend the date by which this will be accomplished to November 28, 2023.

    Thank you for your consideration.

Respectfully submitted,

Frederick L. Sosinsky

FLS:bms

---

[1] The requirement that three financially responsible individuals sign the bond has been met.