UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

MANISHKUMAR PATEL,

                              Defendant.
------------------------------------------------------------X

23 Cr. 543 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Manishkumar Patel's sentencing hearing will be held on **August 12, 2024**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **July 22, 2024**.  The Government's pre-sentencing submission, if any, shall be filed by **July 25, 2024.**

Dated: May 6, 2024
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE