Case 1:23-cr-00543-LGS    Document 38    Filed 03/03/25    Page 1 of 1

LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

February 25, 2025

BY ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, New York 10007

**Application Granted. The Clerk of the Court is respectfully directed to accept up to $100,000 from Defendant to be applied to his forthcoming restitution obligations. The Clerk of the Court is further directed to terminate the letter motion at docket number 37.**

**Dated: March 3, 2025**
**New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   United States v. Manishkumar Patel
      23 Cr. 0543 (LGS)

Dear Judge Schofield:

As you are aware, together with Alan Ellis, I represent Manishkumar Patel, the defendant in the above matter. Sentencing of Mr. Patel is currently scheduled for April 14, 2025.

I am writing with the consent of AUSA Kevin Mead to respectfully request that the Court issue an order authorizing the SDNY Clerk's Office to receive from Mr. Patel and maintain in the Court's "Registry" payments Mr. Patel intends to make towards restitution in advance of sentencing. We have been advised that the Clerk's Office requires that the order authorize a specific amount anticipated to be received and accordingly, we ask at this time that the Court authorize up to $100,000 for this purpose.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms