```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :      23 Cr. 543 (LGS)
                     -against-                              :
                                                            :           ORDER
   MANISHKUMAR PATEL,                                       :
                                         Defendant.         :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing previously scheduled for April 14, 2025, is adjourned to **May 6, at 2:45 p.m.**

Dated: April 18, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**