LAW OFFICES OF
# FREDERICK L. SOSINSKY
45 BROADWAY, SUITE 3010
NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270
TELECOPIER (212) 248-0999
EMAIL: FredS@newyork-criminaldefense.com

October 10, 2025

BY ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Application Granted. Pretrial Services is directed to release Defendant's passport to a member of his family. The Clerk of the Court is directed to terminate the letter motion at docket number 58.

Dated: October 14, 2025
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re: United States v. Manishkumar Patel
23 Cr. 543 (LGS)

Dear Judge Schofield:

As you will recall, together with Edward McNally and Alan Ellis, I represent Manishkumar Patel in the above matter. On September 30, 2025, Mr. Patel self-surrendered to the Otisville satellite facility to begin serving the term of imprisonment imposed by the Court.

I am writing to respectfully request that the Court enter an order directing Pretrial Services to return to Mr. Patel's family his United States passport, which has been in their custody throughout the pendency of this matter.

Thank you for your consideration.

Respectfully submitted,

Frederick L. Sosinsky